UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY FONTENO and JAMEISHA FONTENO,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., QUALITY LOAN SERVICE CORP., and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 25-cv-00415-JSW<br><br>**ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT AND DENYING MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>Re: Dkt. Nos. 12, 26 |

Plaintiffs, now represented, seek leave of the Court to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).  There is also a motion to dismiss filed by Defendant Wells Fargo (and joined by Defendant Quality Loan Service) pending against the original complaint on file.  In order to address the merits of the claims before the Court in an orderly manner, the Court HEREBY GRANTS Plaintiffs leave to file their amended complaint and DENIES Defendants' motion to dismiss without prejudice to re-filing those portions of the motion that remain relevant to the amended complaint.  Plaintiffs shall file their amended complaint in the docket no later than July 30, 2025.

**IT IS SO ORDERED.**

Dated: July 23, 2025

_____
JEFFREY S. WHITE
United States District Judge