Nathan L. Scheg, Esq. (SBN 197282)
nathan@ironhorselawgroup.com
IRONHORSE LAW GROUP, PC
2121 N. California Blvd., Ste. 290
Walnut Creek, CA  94596
Telephone: (925) 974-3304
Fax:            (925) 215-8427

Attorneys for Plaintiffs
Leroy Fonteno and Jameisha Fonteno

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LEROY FONTENO and JAMEISHA FONTENO<br><br>          Plaintiffs,<br><br>     v.<br><br>WELLS FARGO BANK, N.A.; QUALITY LOAN SERVICE CORPORATION and DOES 1 through 10, inclusive,<br><br>          Defendant(s). | CASE NO.:  25-CV-00415-JSW<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS LEROY FONTENO and JAMEISHA FONTENO; DECLARATION OF NATHAN SCHEG IN SUPPORT THEREOF;** DENYING MOTION FOR **[PROPOSED] ORDER** PRELIMINARY INJUNCTION WITHOUT PREJUDICE<br><br>**Judge: Hon. Jeffrey S. White** |

///

///

///

///

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS LEROY FONTENO and JAMEISHA FONTENO; DECLARATION OF NATHAN SCHEG IN SUPPORT THEREOF; [PROPOSED] ORDER**

1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that pursuant to Civil Local Rule 11-5(a) Nathan Scheg and
3  Ironhorse Law Group PC hereby move the Court for an order permitting them to withdraw as
4  counsel of record for Plaintiffs Leroy Fonteno and Jameisha Fonteno in the above-captioned
5  matter.

6      This motion is based on the attached declaration of Nathan L. Scheg, the files and
7  records in this matter, and any oral argument the Court may entertain.

8  DATED: July 31, 2025                                  IRONHORSE LAW GROUP, PC

9                                                              /s/ Nathan L. Scheg
10                                                              _____
11                                                               Nathan L. Scheg
                                                             Attorneys for Plaintiffs

## DECLARATION OF NATHAN L. SCHEG

I, Nathan L. Scheg, declare as follows:

1. I am an attorney licensed to practice law in California and am admitted to practice in the United States District Court for the Northern District of California. I am a principal of Ironhorse Law Group PC, counsel of record for Plaintiffs Leroy Fonteno and Jameisha Fonteno in this matter.

2. I make this declaration in support of the motion to withdraw as counsel under Civil Local Rule 11-5(a).

3. On July 20, 2025, Plaintiffs Leroy Fonteno and Jameisha Fonteno expressed a desire to obtain new legal representation and to appear in propria persona (pro se) in the interim period while seeking new counsel.

4. Plaintiffs instructed me to immediately execute and file a Consent Order permitting my withdrawal. I did so on July 20, 2025, as instructed [Dkt 35].

5. The Clerk of Court indicated that a motion to withdraw would need to be filed.

6. I have provided Plaintiffs with reasonable written notice of this motion. I have also served a copy of this motion on Plaintiffs and all other parties who have appeared in this case.

7. Plaintiffs last known contact information is as follows: 1053 Ashbridge Bay Drive, Pittsburg, California 94564, email: leroyfonteno@gmail.com.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of July, 2025 in Walnut Creek, California.

    /s/ Nathan L. Scheg
Nathan L. Scheg

---

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS LEROY FONTENO and JAMEISHA FONTENO; DECLARATION OF NATHAN SCHEG IN SUPPORT THEREOF; [PROPOSED] ORDER

3

# ~~PROPOSED~~ ORDER

Having considered the Motion to Withdraw as Counsel filed by Nathan Scheg and Ironhorse Law Group PC, and good cause appearing:

IT IS HEREBY ORDERED that:

1. The motion to withdraw is GRANTED.

2. Nathan Scheg and Ironhorse Law Group PC are relieved as counsel of record for Plaintiffs Leroy Fonteno and Jameisha Fonteno.

3. Plaintiffs Leroy Fonteno and Jameisha Fonteno shall appear in propria persona (pro se) unless and until substitute counsel makes an appearance.

4. The Clerk of the Court is directed to update the docket with Plaintiffs' contact information:

> Leroy Fonteno and Jameisha Fonteno
> 1053 Ashbridge Bay Drive
> Pittsburg, California 94564
> E-mail: leroyfonteno@gmail.com.

5. Plaintiffs shall file their amended complaint no later than September 26, 2025.

6. The Court DENIES Plaintiffs' motion for a preliminary injunction (Dkt. No. 40) without prejudice to re-filing once the operative complaint is on file.

**IT IS SO ORDERED.**

Dated: September 16, 2025

_____
Hon. Jeffrey S. White
United States District Judge

---

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS LEROY FONTENO and JAMEISHA FONTENO; DECLARATION OF NATHAN SCHEG IN SUPPORT THEREOF; ~~[PROPOSED]~~ ORDER**

4